UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-26904 |
| Sidney Maurice Muhammad | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Confirming Plan

    The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 29, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 29, 2020